IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHETT R. SEARS, et al., | |
| Plaintiffs, | 4:14-CV-3041 |
| vs. | ORDER |
| KORLEY B. SEARS, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation (filing 1) of the United States Bankruptcy Judge. The Bankruptcy Judge has asked the Court for an expedited ruling on its Report and Recommendation. Accordingly, the Court will enter the following briefing schedule:

IT IS ORDERED:

1. Any party wishing to object to the Bankruptcy Judge's Report and Recommendation (filing 1) shall file an objection and supporting brief on or before **March 3, 2014**, specifying the parts of the report and recommendation to which the party objects and the legal basis of the objection.

2. Failure to object to a finding or recommendation in the Bankruptcy Judge's report and recommendation may be construed as a waiver of the right to object to the Court's order adopting that finding or recommendation.

3. Any party wishing to respond to an objection may do so by filing a brief in opposition to the objection on or before **March 10, 2014**.

4. The plaintiffs may make a showing regarding a sanction and fee award, as provided by NECivR 54.3 and 54.4, on or before **March 3, 2014**.

Dated this 24th day of February, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge